UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELYJHAE DEJANTE AMAR CAMP-GREGG,

    Defendant.

Case No. 3:20-cr-3

District Judge Michael J. Newman

---

**ORDER: GRANTING DEFENDANT'S MOTION TO FILE HIS SENTENCING MEMORANDUM UNDER SEAL (DOC. NO. 57)**

---

For good cause shown, the Court hereby **GRANTS** Defendant's motion to file his sentencing memorandum under seal (doc. no. 57).

**IT IS SO ORDERED.**

Date:  April 29, 2021                  s/ Michael J. Newman
                                                              Hon. Michael J. Newman
                                                              United States District Judge