UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELYJHAE DEJANTAE AMAR CAMP-GREGG,

    Defendant.

Case No. 3:20-cr-3

District Judge Michael J. Newman

**ORDER: (1) FINDING DEFENDANT GUILTY OF ONE VIOLATION OF THE CONDITIONS OF HIS SUPERVISED RELEASE; (2) REVOKING DEFENDANT'S ORIGINAL TERM OF SUPERVISED RELEASE; (3) IMPOSING A NEW 11-MONTH TERM OF INCARCERATION MINUS TIME HE MOST RECENTLY SERVED IN FEDERAL CUSTODY, FOLLOWED BY A 3-YEAR TERM OF SUPERVISED RELEASE MINUS THE 11-MONTH TERM OF INCARCERATION; AND (4) REQUESTING DEFENDANT SERVE HIS PERIOD OF INCARCERATION IN THE BUTLER COUNTY JAIL**

This criminal case is before the Court following Defendant's supervised release violation hearing on July 30, 2024.  During the hearing, AFPD James Sanchez represented Defendant and AUSA Dwight Keller represented the Government.  Upon review of the charges, Defendant, through his counsel, admitted to the second of two violations of his supervised release terms.  The Government dismissed the first alleged supervised release violation during the hearing.  As a result, the Court found Defendant guilty of the second, admitted-to violation.  Pursuant to the record of the hearing, the Court **REVOKES** Defendant's original term of supervised release and **ORDERS** Defendant to serve a new 11-month term of incarceration, minus time he most recently served in federal custody, followed by a 3-year term of supervised release minus the 11-month period of incarceration.  As more fully established in the record, the Court and the parties have

concerns about Defendant's health and safety in the Montgomery County jail. The Court's preference is for Defendant to serve the eleven-month term in Butler County instead of a BOP facility. Accordingly, the Court requests the U.S. Marshal to transport Defendant to the Butler County Jail as soon as possible so Defendant can serve his incarceration term there.

**IT IS SO ORDERED.**

August 5, 2024                    s/*Michael J. Newman*
                                  Hon. Michael J. Newman
                                  United States District Judge

cc:     United States Marshal
        Dayton, Ohio

        United States Probation
        Dayton, Ohio